**GARY H. GREENBERG, ESQ. (GG 1614)**
666 Fifth Avenue, 27th Floor
New York, NY 10103
(212) 765-5770
and
**ANTHONY OSTLUND & BAER, P.A.**
John B. Orenstein
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN  55402
(612) 349-6969

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, L.P., HFR RVA COMBINED MASTER TRUST, GUGGENHEIM PORTFOLIO COMPANY XXXI, LLC, INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LTD. and OTA LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>FAIRFAX FINANCIAL HOLDINGS, LTD.,<br><br>　　　　　Defendant. | Civil Action No. 0b CV 497 (DAB)<br><br>ECF CASE<br><br>**Statement Pursuant to F.R.C.P. 7.1** |

　　　　Pursuant to F.R.C.P. 7.1, the undersigned counsel for Plaintiffs certifies that no Plaintiff has a parent corporation, affiliate and/or subsidiary which is publicly held and that there is no publicly held corporation that holds 10% or more of any Plaintiff's stock.

Dated:　New York, New York
　　　　January 22, 2008

　　　　　　　　　　　　　　　　　 s/_____
　　　　　　　　　　　　　　　　Gary Greenberg (GG 1614)
　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　666 Fifth Avenue, 26th floor
　　　　　　　　　　　　　　　　New York, New York 10103
　　　　　　　　　　　　　　　　(212) 765-5770
　　　　　　　　　　　　　　　　Facsimile (212) 765-5787

2

garygreenberg@verizon.net