JUDGE BATTS

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

WHITEBOX CONVERTIBLE ARBITRAGE
PARTNERS, L.P., HFR RVA COMBINED
MASTER TRUST, GUGGENHEIM
PORTFOLIO COMPANY XXXI, LLC,
INVESTCORP SILVERBACK ARBITRAGE
MASTER FUND LTD. and OTA LLC,
          Plaintiffs,

v.

FAIRFAX FINANCIAL HOLDINGS, LTD.,
          Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

ECF CASE

08 CV 00497 (DAB)

TO: (Name and address of Defendant)

FAIRFAX FINANCIAL HOLDINGS, LTD.
SUITE 800
95 WELLINGTON STREET WEST
TORONTO, ONTARIO
CANADA M5J 2N7

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GARY H. GREENBERG
666 Fifth Avenue, 27th Floor
New York, NY 10103
and
ANTHONY OSTLUND & BAER, P.A.
John B. Orenstein
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 1 8 2008

J. MICHAEL McMAHON

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/22/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SHERRI GREENBERG | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On January 22, 2008, I served a true copy of the summons and complaint on CT Corporation System ("CT"), 111 8th Avenue, 13th Floor, New York, NY 10011, by leaving a copy of summons and complaint with CT at that address. CT was designated and appointed by Defendant Fairfax Financial Holdings, Ltd. ("Fairfax") as its authorized agent for service as per §11.10 of Agreement annexed hereto. A copy of summons and complaint was mailed by certified mail, return receipt requested to Eric P. Salsberg, VP, Corporate Affairs, at the Fairfax principal office in Toronto Canada: Suite 800, 95 Wellington Street West, Toronto, Ontario, Canada M5J 2N7

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/08
                Date

Signature of Server: *Sherri Greenberg*

Address of Server: 492 Broome ST New York NY 10013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

respect of the Securities, no interest, if any, shall accrue for the intervening period.

Section 11.9. GOVERNING LAW. THIS INDENTURE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

Section 11.10. Agent for Service; Submission to Jurisdiction; Waiver of Immunities. By the execution and delivery of this Indenture, the Company (i) hereby irrevocably designates and appoints CT Corporation System (or any successor entity), 111 8th Avenue, 13th Floor, New York, NY 10011 as its authorized agent upon which process may be served in any suit, action or proceeding arising out of or relating to the Securities or this Indenture that may be instituted in any state or federal court located in the Borough of Manhattan, The City of New York, State of New York, or brought by the Trustee (whether in its individual capacity or in its capacity as Trustee hereunder), (ii) submits to the jurisdiction of any such court in any such suit, action or proceeding, and (iii) agrees that service of process upon CT Corporation System and written notice of said service to it (mailed or delivered to Eric P. Salsberg, Vice President, Corporate Affairs, at its principal office in Toronto, Canada as specified in Section 11.2 hereof) shall be deemed in every respect effective service of process upon it in any such suit, action or proceeding. The Company further agrees to take any and all action, including the execution and filing of any and all such documents and instruments, as may be necessary to continue such designation and appointment of CT Corporation System in full force and effect so long as this Indenture shall be in full force and effect.

To the extent that the Company has or hereafter may acquire any immunity from jurisdiction of any court or from any legal process (whether through service of notice, attachment prior to judgment, attachment in aid of execution, execution or otherwise) with respect to itself or its property, the Company hereby irrevocably waives such immunity in respect of its obligations under this Indenture and the Securities, to the extent permitted by law.

Section 11.11. No Recourse Against Others. No recourse under or upon any obligation, covenant or agreement contained in this Indenture, or in any Security, or because of any indebtedness evidenced thereby, shall be had against any incorporator, as such, or against any past, present or future shareholder, officer or director, as such, of the Company or of any successor, either directly or through the Company or any successor, under any rule of law, statute or constitutional provision or by the enforcement of any assessment or by any legal or equitable proceeding or otherwise, all such liability being expressly waived and released by the acceptance of the Securities by the Holders and as part of the consideration for the issue of the Securities.

Section 11.12. Successors. All agreements of the Company in this Indenture and the Securities shall bind its successor. All agreements of the Trustee in this Indenture shall bind its successor.

74

<PAGE>

Section 11.13. Multiple Originals. The parties may sign any number of copies of this Indenture. Each signed copy shall be an original, but all of them together represent the same agreement. One signed copy is enough to prove this Indenture.

Section 11.14. Repurchase of Securities by the Company. The Company may repurchase Securities issued under this Indenture in a manner not inconsistent with this Indenture or the terms of the Securities and in accordance with applicable law.

75

<PAGE>

IN WITNESS WHEREOF, the undersigned, being duly authorized, have executed this Indenture on behalf of the respective parties hereto as of the date first above written.

FAIRFAX FINANCIAL HOLDINGS LIMITED

By: /s/ Eric P. Salsberg
    ------------------------------------
    Name:  Eric P. Salsberg
    Title: Vice President, Corporate Affairs

THE BANK OF NEW YORK
As Trustee

By: /s/ Peter Pavlyshin
    ------------------------------------