**GARY H. GREENBERG, ESQ. (GG 1614)**
666 Fifth Avenue, 27th Floor
New York, NY 10103
(212) 765-5770
and
**ANTHONY OSTLUND & BAER, P.A.**
John B. Orenstein
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, L.P., HFR RVA COMBINED MASTER TRUST, GUGGENHEIM PORTFOLIO COMPANY XXXI, LLC, INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LTD. and OTA LLC,<br><br>       Plaintiffs,<br>   v.<br><br>FAIRFAX FINANCIAL HOLDINGS, LTD.,<br><br>       Defendant. | Civil Action No. 08 CV 497 (DAB)<br><br>ECF CASE<br><br>**Certification** |

    I certify that a true copy of Judge Batt's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was served by mail to the following on January 22, 2008:

    Fairfax Financial Holdings Limited
    Suite 800
    95 Wellington Street West
    Toronto, Ontario
    Canada M5J 2N7

Dated: New York, New York
January 22, 2008

                                                                                                            _s/_____
                                                              Gary Greenberg (GG 1614)
                                                              Attorney for Plaintiffs
                                                              666 Fifth Avenue, 26th floor
                                                              New York, New York 10103
                                                              (212) 765-5770
                                                              Facsimile (212) 765-5787
                                                              garygreenberg@verizon.net