GARY H. GREENBERG, ESQ. (GG 1614)
666 Fifth Avenue, 27th Floor
New York, NY 10103
(212) 765-5770
and
ANTHONY OSTLUND & BAER, P.A.
John B. Orenstein (JO 6707)
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, L.P., HFR RVA COMBINED MASTER TRUST, GUGGENHEIM PORTFOLIO COMPANY XXXI, LLC, INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LTD., OTA LLC, ZAZOVE AGGRESSIVE GROWTH FUND, L.P. and ZAZOVE HIGH YIELD CONVERTIBLE SECURITIES FUND, L.P., | No.: 08 Civ. 497 (DAB)(MHD) |
| | ECF CASE |
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL** |
| FAIRFAX FINANCIAL HOLDINGS, LTD., | |
| Defendant. | |

        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above-captioned

action without prejudice.

Dated: New York, New York
      February 1, 2008

           _s/_____

           Gary Greenberg (GG 1614)
           666 Fifth Avenue, 26th floor
           New York, New York 10103
           (212) 765-5770
           Facsimile (212) 765-5787
           garygreenberg@verizon.net

                and

           **ANTHONY OSTLUND & BAER, P.A.**
           John B. Orenstein
           3600 Wells Fargo Building
           90 South Seventh Street
           Minneapolis, MN  55402
           Telephone:  (612) 349-6969
           Facsimile:  (612) 349-6996
           jorenstein@aoblaw.com

           **ATTORNEYS FOR PLAINTIFF**

I certify that on February 1, 2008, a true copy of the annexed NOTICE OF DISMISSAL

was served upon Defendant Fairfax Financial Holdings, Ltd. by depositing the same in the State

of New York, enclosed in a properly addressed wrapper, into the custody of an overnight

delivery service for overnight delivery, prior to the latest time designated by the overnight

delivery service for overnight delivery, addressed to the last known address of the addressee

indicated below:

Jonathan Greenblatt
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634

Attorneys for Defendant


Dated: New York, New York
   February 1, 2008


        ___s/_____
        Gary Greenberg (GG 1614)
        Attorney for Plaintiffs
        666 Fifth Avenue, 26th floor
        New York, New York 10103
        (212) 765-5770
        Facsimile (212) 765-5787
        garygreenberg@verizon.net