ORIGINAL

GARY H. GREENBERG, ESQ. (GG 1614)
666 Fifth Avenue, 27th Floor
New York, NY 10103
(212) 765-5770
and
ANTHONY OSTLUND & BAER, P.A.
John B. Orenstein (JO 6707)
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969



ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, L.P., HFR RVA COMBINED MASTER TRUST, GUGGENHEIM PORTFOLIO COMPANY XXXI, LLC, INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LTD., OTA LLC, ZAZOVE AGGRESSIVE GROWTH FUND, L.P. and ZAZOVE HIGH YIELD CONVERTIBLE SECURITIES FUND, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX FINANCIAL HOLDINGS, LTD.,<br><br>Defendant. | No.: 08 Civ. 497 (DAB)(MHD)<br><br>ECF CASE<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: New York, New York
February 1, 2008

        s/
Gary Greenberg (GG 1614)
666 Fifth Avenue, 26th floor
New York, New York 10103
(212) 765-5770
Facsimile (212) 765-5787
garygreenberg@verizon.net

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  2/4/2008
UNITED STATES DISTRICT JUDGE

and

**ANTHONY OSTLUND & BAER, P.A.**
John B. Orenstein
3600 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Facsimile: (612) 349-6996
jorenstein@aoblaw.com

**ATTORNEYS FOR PLAINTIFF**